No. 835. GIBSON v. FLORIDA LEGISLATIVE INVESTIGA-
TION COMMITTEE. Supreme Court of Florida. Certio-
rari granted. *Robert L. Carter* for petitioner.

No. 850. RETAIL CLERKS INTERNATIONAL ASSOCIA-
TION, LOCAL UNIONS NOS. 128 AND 633, v. LION DRY
GOODS, INC., ET AL. C. A. 6th Cir. Certiorari granted.
*Joseph E. Finley* and *S. G. Lippman* for petitioners.
*Eugene F. Howard* for respondents.

No. 773. SHIELDS v. SHARP, SECRETARY OF THE AIR
FORCE. United States Court of Appeals for the District
of Columbia Circuit. Certiorari denied. *Francis J. Kelly*
and *Elizabeth C. Kelly* for petitioner. *Solicitor General
Cox, Assistant Atttorney General Orrick* and *Morton
Hollander* for respondent. Reported below: —— U. S.
App. D. C. ——, —— F. 2d ——.

No. 851. YELLOWSTONE PIPE LINE CO. ET AL. v. STATE
BOARD OF EQUALIZATION OF MONTANA ET AL. Supreme
Court of Montana. Certiorari denied. *Samuel W.
McIntosh* and *Arthur Thad Smith* for petitioners.
*Forrest H. Anderson,* Attorney General of Montana, *Sid-
ney O. Smith,* Special Assistant Attorney General, and
*Donald A. Garrity,* Assistant Attorney General, for
respondents.

No. 832. SALYER LAND CO. v. COUNTY OF KINGS.
C. A. 9th Cir. Certiorari denied. *Thomas Keister
Greer* for petitioner. *Edwin S. Pillsbury* for respondent.